Tiffany Productions, Inc., appellee, v. William S. Russell, commissioner of police of the City of Chicago, appellant. Gen. No. 34,343.

Opinion filed May 1, 1930.

Samuel A. Ettelson, Corporation Counsel, William V. Daly and James N. Kearns, Assistant Corporation Counsel, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.